JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE PAULEY, an individual, and THOMAS CLARK, an individual, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CF ENTERTAINMENT, a California corporation, et al.,<br><br>　　　　　　　Defendants. | CASE NO.  CV 13-8011-R<br><br>ORDER REMANDING ACTION TO STATE COURT |

On December 6, 2016, this Court issued two orders in connection with Defendants' Motions to Dismiss. The Court's orders dismissed Defendant Screen Actors Guild-American Federation of Television and Radio Artist entirely from the action and dismissed five of the seven causes of action against Defendants CF Entertainment, Inc., Comics Unleashed Productions, Inc., Entertainment Studios, Inc., and Byron Allen Folks. Since the two remaining causes of action are based on state law, the Court hereby exercises its discretion to remand the matter back to state court for adjudication of these claims.

/ / /

Case 2:13-cv-08011-R-CW Document 72 Filed 02/13/17 Page 2 of 2 Page ID #:1633

**IT IS HEREBY ORDERED** that the matter is remanded back to state court for further proceedings.

Dated: February 13, 2017.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE